# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

## SUPPLEMENTAL CIVIL COVER SHEET
## FOR A REMOVED CASE

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S District Clerk's Office.  Additional sheets may be used as necessary.**

1.  **Style of the Case:** *Brandy Castor v. Karl Dawson and Swift Transportation Co. of Arizona, L.L.C.*

    Please include <u>all</u> Plaintiff(s), Defendant(s), Intervenor(s), Counterclaim(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also please list the attorney(s) of record for each party named, and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| **Party** | **Party Type** | **Attorney(s)** |
|---|---|---|
| Brandy Castor | Plaintiff | John C. Wren<br>State Bar No. 22019100<br>Loncar & Associates<br>424 S. Cesar Chavez Boulevard<br>Dallas, Texas  75201-5808<br>(214) 747-0422 - Telephone<br>(214) 382-5838 - Facsimile |
| Karl Dawson and Swift Transportation Co. of Arizona, L.L.C. | Defendants | David L. Sargent<br>State Bar No. 17648700<br>Chuck W. Shiver II<br>State Bar No. 00792832<br>Sargent Law, P.C.<br>1717 Main Street, Suite 4750<br>Dallas, Texas 75201<br>(214) 749-6000 – Telephone<br>(214) 749-6100 - Facsimile |

**Supplemental Civil Cover Sheet**
**Page Two**

2. **Jury Demand:**

    Was Jury Demand made in State Court?           Yes         (No)

    If "*Yes*," by which party and on what date?

    Party                                           Date

3. **Answer:**

    Was an Answer made in State Court?             Yes         (No)

    If "*Yes*," by which party and on what date?

    Party                                           Date

4. **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    | Party | Reason(s) for No Service |
    |---|---|
    | Karl Dawson | Unknown |

5. **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the state court papers and the reason for that change:

    | Party | Reason |
    |---|---|
    | None. | |

6. **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | **Party** | **Claim(s)** |
    |---|---|
    | Brandy Castor | |

**Supplemental Civil Cover Sheet**
**Page Three**

| | |
|---|---|
| Karl Dawson and Swift Transportation Co. of Arizona, L.L.C. | Plaintiff brings claims alleging the negligence and negligence per se of Defendant Paul William Shamblin with regard to an automobile accident that occurred on May 10, 2016, and that Defendant Swift Transportation Co. of Arizona, L.L.C. is liable under Respondeat Superior negligent entrustment. |
| | Defendants deny they were negligent in the accident made the basis of this suit. Further, Defendants deny that their conducted caused the Plaintiffs' injuries, if any. |